UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| YVETTE WALKER, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) No. 4:03CV00697 HEA |
| vs. | ) |
| | ) |
| DAVID BONENBERGER, et al., | ) |
| | ) |
|     Defendants. | ) |

**PROPOSED LIST OF EXHIBITS**

Comes now defendants David Bonenberger, DeAndre Boyd, and St. Louis Board of Police Commissioners and for their Proposed List of Exhibits submits the following:

    Exhibit A.    St. Louis Metropolitan Police Department Report 01119789

    Exhibit B.    Search warrant for 2026-A Withnell

    Exhibit C.    Search warrant for 2100 Withnell

    Exhibit D.    Affidavit in support of search warrant

    Exhibit E.    St. Louis Police Department Lab Report LAB-01-009783

    Respectfully submitted,

    PATRICIA A. HAGEMAN, CITY COUNSELOR

    /s/ Craig K. Higgins #3397
    Assistant City Counselor
    Attorney for Defendant
    Room 314, City Hall
    St. Louis, MO  63103
    622-3361

CERTIFICATE OF SERVICE

       I hereby certify that a copy of the foregoing was served, via the Court's electronic filing system this 5th day of October, 2004 to: Alexander Kourbatov, Attorney for Plaintiff.

<u>/s/ Craig K. Higgins</u>