IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| YVETTE WALKER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Cause No.: 4:03CV006697 HEA |
| | ) |
| DAVID BONENBERGER, et al, | ) |
| | ) |
| Defendants. | ) |

**PLAINTIFF'S LIST OF EXHIBITS:**

COMES NOW Plaintiff, Yvette Walker, and, pursuant to the Court's Order dated August 15, 2003, provides to the Court the following:

A) Following is the list of all Exhibits which will be used by Plaintiff in the matter:

Plaintiff's Exhibit 1, Affidavit in Support of Search Warrant;

Plaintiff's Exhibit 2, Search Warrant;

Plaintiff's Exhibit 3, Police Report of the Incident;

Plaintiff's Exhibit 4, Description of the subject property from the City of St. Louis Assessor's Office;

Plaintiff's Exhibits 5-16, photographs of 2026 Withnell and Plaintiff's apartment;

Plaintiff's Exhibits 17-19, Certificates of Inspection of units at 2026 Withnell;

Plaintiff's Exhibit 20, Information given by Defendant Bonenberger and/ or Officer Coll to Plaintiff regarding repairing damages to Plaintiff's door.

B) True copies of said Exhibits, which are not currently in possession of Defendants' Attorney, are forwarded to Defendants' Attorney.

Respectfully submitted,

**SCHWARTZ, HERMAN & DAVIDSON**

/s/ Alexander Kourbatov
Robert Herman FB #3382
Alexander Kourbatov FB# 122617
Attorneys for Plaintiff
621 North Skinker Blvd.
St. Louis, MO 63130
(314) 862-0200
(314) 862-3050 FAX

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 5, 2004, 2004, the foregoing was served by operation of the Court's operation of the electronic filing system upon the following: Craig C. Higgins, Room 314 City Hall, St. Louis, MO 63103, Attorney for Defendants; James A. Michaels, Assistant Circuit Attorney, 1114 Market Street, Suite 401, St. Louis, MO 63101, Attorney for the Circuit Attorneys Office; Jane Berman Shaw, Assistant City Counselor and General Counsel to the Board of Police Commissioners and Chief of Police, 1200 Clark, Room 609, St. Louis, MO 63103.

/s/ Alexander Kourbatov
